**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8200**

_____

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

    v.

JAMIE MARCEL GRAHAM,

          Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, District Judge.  (3:99-cr-00137-FDW-1)

_____

Submitted:  March 16, 2009        Decided:  March 31, 2009

_____

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert C. Carpenter, JOHN C. HUNTER LAW FIRM, LLC, Asheville, North Carolina, for Appellant.  Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina; Timika Shafeek, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamie Marcel Graham appeals the district court's order partially granting Graham's 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Graham, No. 3:99-cr-00137-FDW-1 (W.D.N.C. Oct. 8, 2008). We deny Graham's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED